JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINGCOIN, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KATHY A. BARAN, et al.,<br><br>　　　　Defendants. | CV 19-09444 PA (RAOx)<br><br>JUDGMENT |

Pursuant to the Court's April 3, 2020 Order which dismissed plaintiffs Springcoin, Inc. and Devika Pradan's ("Plaintiffs") Administrative Procedures Act claim against defendants Kathy A. Baran, Director Ken Cuccinelli, Secretary Kevin K. McAleenan, the United States Citizenship and Immigration Services, and the Department of Homeland Security ("Defendants"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The action is dismissed without prejudice;

2. It is FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that Defendants shall have their costs of suit pursuant to Federal Rule of Civil Procedure 54.

DATED: April 3, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE